HONORABLE RONALD B. LEIGHTON

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED TRANSPORTATION UNION, AND THOMAS KITE, | CASE NO. C10-5808 RBL |
| Plaintiffs, | ORDER DENYING MOTION FOR SUMMARY JUDGMENT |
| v. | [Dkt. #s 81, 89, 91] |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

9

10

11

12

13

14

  THIS MATTER is before the Court on Plaintiff Kite's Motion for Summary Judgment

[Dkt. #81] on two issues: vacation of Zimmerman's 2009 Order of Dismissal without prejudice,

and vacation of Peterson's 2010 arbitration award.  Kite claims that there are no material issues

of fact and that he is entitled to judgment as a matter of law on each claim.

  BNSF argues that the Motion relies on arguments and legal theories that are a far cry

from those made previously over the more than 5 year history of this case.  Kite originally

claimed that the arbitration result was the result of extortion, but that, in the absence of evidence

supporting that claim they now seek summary judgment on four different theories:  (1) Arbitrator

Zimmerman should not have recused herself at all, but was bound to decide the case on the

merits; (2) Boldra fraudulently managed to get the Kite case transferred to a different

15

16

17

18

19

20

21

22

23

24

ORDER DENYING MOTION FOR SUMMARY
JUDGMENT - 1

1  (Peterson's) Public Law Board; (3) Peterson relied on improper evidence; and (4) the arbitrators

2  failed to address procedural objections.  It argues that none of these claims amount to the sort of

3  fraud required to overturn an arbitration decision under the RLA, and certainly not on Summary

4  Judgment.

5       Kite also asks the Court to Strike [Dkt. #89] the Declaration of Roger Boldra as

6  inconsistent with his deposition and his emails in evidence, and BNSF asks [Dkt. #91] the Court

7  to strike what it claims is a new argument about the timeliness of the underlying arbitration

8  award, raised for the first time in Kite's Reply Brief [Dkt. #87].

9       The Motion for Summary Judgment depends on factual determinations that cannot be

10  made on summary judgment.  It is DENIED.  The Motion to Strike [Dkt. #89] is similarly

11  DENIED, as it is a factual dispute best resolved at trial, on cross examination.  BNSF's Motion

12  to Strike [Dkt. #91] is DENIED as moot.

13  IT IS SO ORDERED.

14       Dated this 22nd day of July, 2015.

15

16       _____

17       Ronald B. Leighton
         United States District Judge

18

19

20

21

22

23

24